UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ANDREW MURPHY** | * | **CIVIL ACTION NO. 23-888** |
| Plaintiff | * | **SECTION: G** |
| | * | |
| v. | * | **JUDGE:** |
| | * | **NANNETTE JOLIVETTE BROWN** |
| **IMPERIAL FIRE AND CASUALTY** | * | |
| **INSURANCE COMPANY, et al** | * | **MAGISTRATE JUDGE:** |
| Defendants | * | **DONNA PHILLIPS CURRAULT** |
| | * | |

## JOINT STATUS REPORT

**NOW INTO COURT**, through undersigned counsel, come Plaintiff, **Andrew Murphy**, and Defendant, **USAA Casualty Insurance Company** in the above entitled and number casse, for the purpose of filing this Joint Status Report in accordance with this Court's Scheduling Order.

1. **LIST OF PARTIES:**

    a. **Andrew Murphy, Plaintiff**: represented by Edward J. Womac, Jr. and Brian J. Branch of the Law Offices of Edward J. Womac, Jr. & Associates, LLC; and

    b. **USAA Casualty Insurance Company, Defendant:** represented by D. Russell Holwadel and Heather E. Reznik of Adams Hoefer & Holwadel, LLC

2. **MOTIONS PENDING**: There are currently no motions pending in this matter.

3. **CURRENTLY SCHEDULED DATES:**

    a. **Status Conference**: No status conference is currently scheduled in this matter.

    b. **Pretrial Conference**: A Pretrial Conference has been scheduled in this matter for May 2, 2024 at 2:00pm.

    c. **Trial**: A three-day jury trial is scheduled to begin in this matter on May 20, 2024 at 9:00am.

4. **DESCRIPTION OF FACTS AND LEGAL ISSUES**

**Plaintiff:**

On or about April 29, 2022, an accident occurred on Interstate 10 in the Parish of Orleans, State of Louisiana, wherein the vehicle owned by Dominic Saltaformaggio and operated by Kacie Lafrance struck the rear of the vehicle owned and operated by the Plaintiff, Andrew Murphy. As a result of the accident, Plaintiff sustained injuries.

Plaintiff has recovered the liability policy limits of the at fault vehicle and is pursuing against the defendant, USAA Casualty Indemnity Company, for payments under its uninsured/underinsured policy which was in effect and provided coverage to Plaintiff at the time of the accident.

**Defendant, USAA:**

The Subject Accident occurred on April 29, 2022, in New Orleans, Louisiana while the involved parties were traveling on I-10. The insured vehicle, driven by Andrew Murphy, is alleged to have been rear ended by a vehicle being operated by Kacie Lafrance. Lafrance was driving a vehicle owned by Dominic Saltaformaggio at the time of the Subject Accident.

Plaintiff is claiming injuries to his cervical and lumbar spine as a result of the Subject Accident. Medical bills provided to date total $18,620, and include two transforaminal ESIs at C6. Plaintiff has been paid the $50,000 limit of Saltaformaggio's policy, and has been paid $20,145 from USAA under the UM policy, for a total of $70,175.

Plaintiff is claiming future medicals of $102,400 for an arthroplasty at C5-6 to be performed by Dr. Najeeb Thomas.

5. **DISCOVERY TO BE COMPLETED**:

   **Plaintiff:**

   Plaintiff has sent outgoing discovery to Defendant which needs to be answered. Plaintiff may need to take the deposition of Defendant's IME physician. Plaintiff's deposition has not been scheduled, nor have dates been requested by Defendant.

   **Defendant, USAA:**

   Defendant is in the process of obtaining all of Plaintiff's medical records. Plaintiff, as well as his treating physician, will need to be deposed once all the medical records are received.

6. **STATUS OF SETTLEMENT NEGOTIATIONS**:

   **Plaintiff:**

   Plaintiff has sent a demand to Defendant demanding they tender their remaining policy limits of $279,855.00.

   **Defendant, USAA:**

   Defendant continues to investigate Plaintiff's claim by conducting discovery and obtaining an IME of Plaintiff regarding his alleged injuries and future medical treatment.

Respectfully Submitted,

**EDWARD J. WOMAC, JR. & ASSOCIATES, LLC**

*/s/Brian J. Branch*
**EDWARD J. WOMAC, JR. #02195**
**BRIAN J. BRANCH #30411**
3501 Canal Street
New Orleans, LA 70119
Telephone No. (504) 486-9999
Facsimile No. (504) 488-4178
Email: bbranch@edwardwomac.com
***Attorneys for Plaintiff, Andrew Murphy***

And

3

**ADAMS HOEFER HOLWADEL, LLC**

  _/s/ Heather E. Reznik_
**D. RUSSELL HOLWADEL T.A. (#16975)**
**PHILLIP J. REW (#25843)**
**HEATHER E. REZNIK (#29175)**
**RICHARD R. STEDMAN, II (# 29435)**
**KYLE M. TRUXILLO (#38920)**
400 Poydras Street, Suite 2450
New Orleans, Louisiana 70130
Telephone: (504) 581-2606
Facsimile: (504) 525-1488
Email: drh@ahhelaw.com
Email: pjr@ahhelaw.com
Email: her@ahhelaw.com
Email: kmt@ahhelaw.com
Email: rrs@ahhelaw.com
***Attorneys for Defendant, USAA Casualty Insurance Company***